In re Estate of Lewis Waln, deceased. Appeal of the Pennsylvania Company for Insurance on Lives and Granting Annuities, Executor of the Estate of Phœbe W. Bell, deceased.

Argued Jan. 19, 1899. Appeal, No. 14, Jan. T., 1899, by the Pennsylvania Company for Insurance on Lives and Granting Annuities, from decree of O. C. Phila. Co., Jan. T., 1881, No. 309, dismissing exceptions to adjudication. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

John G. Johnson, for appellant.

No paper-book filed nor argument offered for appellee.

PER CURIAM, January 30, 1899:

This appeal is from the same decree that has just been affirmed in Susan Israel's Appeal, No. 332, January term, 1898, ante, p. 631, and was heard therewith. We find no error in the decree, and the same is affirmed on the opinion of the learned judge who wrote for the court in banc, and the appeal is dismissed at appellant's costs.